U. S. 613; *California Consolidated Mining Company* v. *Manley,* 203 U. S. 579. Certiorari denied. *Chicago and Northwestern Railway Company* v. *Osborne,* 146 U. S. 354; *McLish* v. *Roff,* 141 U. S. 661; *Forsythe* v. *Hammond,* 166 U. S. 506. *Mr. John L. Webster* and *Mr. Carl C. Wright* for appellants. *Mr. Lucius H. Beers, Mr. Howard Mansfield* and *Mr. R. S. Hall* for appellee.

---

## Decisions on Petitions for Writs of Certiorari from October 14, 1907, to January 6, 1908.

No. 310. PAUL F. VOGEL, PETITIONER, v. WILLIAM WORTH BURSON. October 21, 1907. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. E. T. Fenwick* and *Mr. E. M. Kitchin* for petitioner. *Mr. George W. Rea* for respondent.

---

No. 316. THE CITY OF DEFIANCE, PETITIONER, v. WILLIAM J. McGONIGALE, RECEIVER, ETC. October 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John H. Doyle* and *Mr. Henry B. Harris* for petitioner. *Mr. Henry Newbegin* and *Mr. Robert Newbegin* for respondent.

---

No. 323. WILLIAM GORDON CRAWFORD, PETITIONER, v. THE UNITED STATES. October 21, 1907. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia granted. *Mr. A. S. Worthington* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.